# EXHIBIT 6

# TANKERMAN
# JOB DESCRIPTION

Employment Criteria: The following list of Employment criteria is not exhaustive and may be supplemented as deemed necessary by Kirby Logistics Management.

- License Requirements – Must possess a valid and current merchant mariners document with a Tankerman's endorsement under 46 CFR 12/20 et seq. and a current and valid drivers license.
- Education Requirements – Must pass a company-approved test. In addition, must have successfully completed Kirby Corporation's training school for Tankermen.
- Benzene Regulations – Must be able to pass certification requirements of 46 CFR Part 197 Subpart C – Benzene.
- Drug Regulations – Must be able to satisfy all United States Coast Guard Chemical Drug Testing Programs for Vessel Personnel as found in 46 CFR Part 16.
- Physical Examination – In the event Kirby Corporation extends a conditional offer of employment, the employee will be subject to a physical examination by a physician appointed by Kirby Corporation.
- Physical and Mental Requirements Necessary to Safely Undertake the Essential Functions of This Position –

    Walk 2-3 miles per day. A Kirby Corporation vessel generally has a tow that is 500 ft. in length. A Tankerman may be required to walk the tow and back in order to check the condition of the barges and the rigging to perform tankering operations.

    Step – 2ft vertical and 2ft horizontal. In the process of loading or discharging two barges breasted up through a crossover hose, occasions arise where slack in one or more lines causes the barges. In addition, if one barge is loading or discharging at a faster rate than the other, a vertical height differential may develop between the decks of the adjoining barges. Also, different docks, owned by individuals other than Kirby Corporation have various combinations of the barge drafts and river stages. This makes it necessary to step across, up, down, or over an obstacle in order to gain access to the dock from the barge to the boat or from the boat to the dock.

    Reach – Must be able to extended arms fully, throughout a normal range of motion both in a horizontal and vertical plane. A Tankerman may be required to throw and catch lines. Complete range of motion is also required in order to perform engine room maintenance responsibilities, which includes reaching over ones head.

    Climb – Must be able to climb a 90-degree vertical ladder 25-30 ft. Different docks have various means in which to gain access to the barges that are docked at their facilities. This is especially true when the river is at a low stage.

    Lift 60-75 pounds and carry it approximately 500 ft. A barge ratchet weighs approximately 60 pounds. If the lead coupling on a tow was to break, a Tankerman may be required to carry a ratchet the length of the barges in order to repair the coupling. In addition, a Tankerman may need to help move a crossover hose that would require a lift of at least 60-75 pounds.

    Vision – Color vision and eyesight sufficient to pass an eye test as required to obtain a merchant mariners document. This requires an uncorrected vision of at least 20/20 in each eye correctable to 20/40 in each eye.

    Hearing – Hearing as required to obtain a merchant mariners document.

    Speech – Must be able to verbally communicate in the English language both in delivery and ability to be understood. May docks use handheld radios to communicate with the barges and/or boats; therefore, use of these devices is required.

# TANKERMAN
# JOB DESCRIPTION

Reading/Writing – Must be able to communicate by reading and writing in the English language.

Smell – A sense of smell sufficient to be able to detect the presence of potentially dangerous chemical vapors.

Pulmonary Function – Must pass a pulmonary function test with a minimum score of 80% with physician's approval.

Physical Condition and Ability to Wear – Gloves, goggles, rubber boots, slicker suit, steel-toes boots, hard hat, five-minute escape pack, negative pressure respirator or positive pressure respirator.

General – Must be able to drive to and from hub cities. Must be able to endure harsh environment, which includes extreme temperature, rain, ice, sleet, wind wave action and long hours during transfers. Ability to use fire-fighting/spill containment equipment communicates with dock personnel, maintain documentation, and assist in training new personnel. Maintenance functions – ability to assist with engine and generator room maintenance. Ability to qualify for all federal and state standards and qualify for licenses and documents. Ability to perform all duties while wearing protective equipment.

Mental/Emotional – Living and working in close quarters. Length of time away from family. Ability to communicate in English – teach, use radio, and coordinate with dock personnel. Ability to understand written and verbal orders. Comprehension of essential information – spill containment and cleanup, MSDS and emergency action information. Video training widely used – i.e. safety meeting, Benzene training.

- Possible Non-Essential Functions – Swimming, cooking and washing clothes.

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Timothy Poole, | § | |
| | § | C.A. NO. 1:05-CV-00651 |
| v. | § | |
| | § | JURY |
| Kirby Inland Marine, LP and | § | |
| Kirby Corporation | § | |

### Affidavit of Timothy Poole

STATE OF TEXAS
COUNTY OF HARRIS

On this day, Timothy Poole, appeared before me, the undersigned notary public. After I administered an oath to Timothy Poole, upon his oath, he stated as follows:

1. My name is Timothy Poole. I am of sound mind and competent to make this affidavit.

2. I have read my response to Kirby Inland Marine's Motion for Summary Judgment and the facts stated in the response are within my personal knowledge and are true and correct.

3. The log book entries and time sheets attached as exhibits to my response were kept by myself and Kirby Inland Marine in the regular course of business. It was the regular practice of that business to keep such records. I have personal knowledge of the information contained therein. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Timothy Poole

Subscribed and sworn to before me on June 14th, 2006.

_____
Notary Public in and for
the State of Texas

JENNIFER R. REDDING
Notary Public, State of Texas
My Commission Expires
August 06, 2008